# Court of Appeals
# of the State of Georgia

ATLANTA,___March 15, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1133. SEKOU BAYO v. STATE OF GEORGIA.**

Sekou Bayo pled guilty in 1991 to theft by taking. In 2011, Bayo filed a petition for writ of habeas corpus, asserting his guilty plea was not knowingly and voluntarily entered because he was not informed that such a plea would adversely affect his immigration status. The trial court dismissed Bayo's petition, and Bayo filed this direct appeal. However, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____*03/15/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*